IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JANENE ELLSWORTH,**
**on behalf of NCE,**

       Plaintiff,

   v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

       Defendant.

No. CV 09-348-JE

OPINION AND ORDER

**MOSMAN, J.**,

On June 14, 2010, Magistrate Judge Jelderks issued Findings and Recommendation ("F&R") (#21) in the above-captioned case recommending that I AFFIRM the Commissioner's decision. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate

PAGE 1 - OPINION AND ORDER

judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Jelderks's recommendation, and I ADOPT the F&R (#21) as my own opinion. The Commissioner's decision is AFFIRMED and this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this  12th  day of July, 2010.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court